UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GEORGIA CARR,**<br><br>        Plaintiff,<br><br>v.<br><br><br>**LVNV FUNDING, LLC,**<br><br>        Defendant. | Case No.: 1:23-CV-01476-MN |

### STIPULATION OF DISMISSAL

Plaintiff Georgia Carr, and defendant LVNV Funding, LLC, by and through undersigned counsel, being all of the parties in this action, agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each party to bear their own fees and costs.

Dated: May 7, 2025.

Respectfully submitted,

By: */s/: Antranig Garibian*
Antranig Garibian, Esq. (DE Bar No. 4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
PH: (302) 722-6885
ag@garibianlaw.com

*Attorneys for Plaintiff*
*Georgia Carr*

By: */s/ Michael C. Heyden, Jr.*
Michael C. Heyden, Jr. (#5616)
Joseph E. Brenner (#6643)
Gordon Rees Scully Manskuhani, LLP
824 N. Market Street, Suite 220
Wilmington, DE 19801
D: 302-992-8951
F: 302-724-6444
mheyden@grsm.com
jbrenner@grsm.com

*Attorneys for Defendant*
*LVNV Funding, LLC*

**SO ORDERED this 7th day of May 2025**

*/s/ Maryellen Noreika*
**The Honorable Maryellen Noreika**
**United States District Judge**